HUTCHENS LAW OFFICES, PLLC
Beth A. Hutchens (Arizona Bar No. 26837)
1212 E. Osborn Ste. 104
Phoenix, Arizona, 85014
480.310.2325 (phone)
888.891.1408 (fax)
beth@hutchenslawoffices.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>Arizona Members of Swarm of November 18, 2010 to November 2010, Sharing Hash File A3E6F65F2E3D672400A5908F64ED55B66A0880B8; and DOES 1 through 4,<br><br>  Defendants. | Case No. CV-11-00893-NVW (Copyright)_____<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Plaintiff, Liberty Media Holdings (hereinafter "LMH"), by and through counsel undersigned, respectfully files this Notice Pursuant to Rule F. R. Civ. P. 41(a)(1)(i)  Plaintiff LMH hereby gives notice of voluntarily dismissing the above captioned matter.  Plaintiff avows that this matter is within the scope of Fed. R. Civ. P. 41(a)(1)(i) inasmuch as none of the adverse parties has been served and have otherwise not appeared in the above captioned matter.

1

WHEREFORE, Plaintiff hereby voluntarily dismisses the above captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated this 31 day of August, 2011.

        Respectfully Submitted

/s/ _____
Beth Hutchens
Hutchens Law Offices, PLLC
1212 E. Osborn Ste. 104
Phoenix, Arizona, 85014
480.310.2325 (phone)
888.891.1408 (fax)
beth@hutchenslawoffices.com

## **Certificate of Filing**

I hereby certify that Plaintiff Liberty Media Holdings' foregoing document was filed electronically using this Court's CM/ECF system on 31 August, 2011.

    Dated this   31 Day of August, 2011

/s/ _____
Beth Hutchens, Esq.
Hutchens Law Offices, PLLC
1212 E. Osborn Ste. 104
Phoenix, Arizona, 85014
480.310.2325 (phone)
888.891.1408 (fax)
beth@hutchenslawoffices.com